NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HEALTHTRIO LLC, A COLORADO LIMITED LIABILITY COMPANY,**
*Plaintiff-Appellant*

**v.**

**AETNA, INC., A PENNSYLVANIA CORPORATION, ACTIVEHEALTH MANAGEMENT INC., A DELAWARE CORPORATION, MEDICITY INC., A DELAWARE CORPORATION,**
*Defendants-Appellees*

---

2016-1034

---

Appeal from the United States District Court for the District of Colorado in No. 1:12-cv-03229-REB-MJW, Judge Robert E. Blackburn.

---

**JUDGMENT**

---

J. MICHAEL JAKES, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for plaintiff-appellant. Also represented by DONALD ROBERT DUNNER, CHARLES THOMAS COLLINS-CHASE; J. GREGORY WHITEHAIR, Whitehair Law Firm, LLC, Lakewood, CO;

JENNIFER KROELL FISCHER, Fischer Law Firm, PC, Denver, CO.

STEVEN P. PETERSEN, Leydig, Voit & Mayer, Ltd., Chicago, IL, argued for defendants-appellees. Also represented by JOHN KNOX WINN; IGOR PIRYAZEV, MATTHEW B. LEHR, Davis Polk & Wardwell LLP, Menlo Park, CA.

─────────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 18, 2017 | /s/ Peter R. Marksteiner |
|:---:|:---:|
| Date | Peter R. Marksteiner |
| | Clerk of Court |